UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JONATHAN WORTH WASHBURN | ) | CASE NO.:  23-00397-5-DMW |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney gives notice of appearance for the creditor Robert B. Bourne and Teresa U. Bourne in the above-captioned case and requests that a copy of all notices be mailed to him and that the following address be included on the mailing matrix:

Lance P. Martin, Esq.
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC  28802-2020

This the 16th day of February, 2023.

/s/*Lance P. Martin*
Lance P. Martin
N.C. State Bar I.D. No.:  027287
Email:  lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC  28802-2020
Telephone:  828.348.6070
Facsimile:  828.348.6077
*Attorneys for Robert B. Bourne and*
    *Teresa U. Bourne*

CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was filed electronically in accordance with the local rules and was served electronically on those entities that have properly registered for such electronic service.  Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

Jonathan Worth Washburn
310 N. Kerr Ave.
Wilmington, NC  28405

William P. Janvier, Esq.
Stevens, Martin, Vaughn & Tadych, PLLC
6300 Creedmoor Road, Suite 170-370
Raleigh, NC  27612
Attorney for Debtor
**Served via CM/ECF**

Algernon L. Butler, III
Butler & Butler, L.L.P.
Post Office Box 38
Wilmington, NC  28402
Chapter 7 Trustee
**Served via CM/ECF**

This the 16th day of February, 2023.

/s/*Lance P. Martin*_____
Lance P. Martin
N.C. State Bar I.D. No.:  027287
email:  lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC  28802-2020
Telephone:  828.348.6070
Facsimile:  828.348.6077
*Attorneys for Robert B. Bourne and*
*Teresa U. Bourne*

2